FILED

02/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0640

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA-23-0640

---

IN THE MATTER OF:
GRAND RIVER ENTERPRISES, INC.,
      Respondent-Counter Plaintiff-Appellant,

---

GRAND RIVER ENTERPRISES, INC.,
      Counter Plaintiff-Appellant,

v.

STATE OF MONTANA ex rel.
DEPARTMENT OF JUSTICE,
      Counter Defendant-Appellee.

---

**ORDER**

---

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 19, 2024, within which to prepare, file, and serve its reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 29 2024